JS-6

Jason A. Geller (SBN 168149)
    E-Mail:  jgeller@fisherphillips.com
Juan C. Araneda (SBN 213041)
    E-Mail:  jaraneda@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

Jihad M. Smaili, Esq. (SBN 262219)
    Email: jihad@smaililaw.com
Stephen D. Counts, Esq. (SBN 231348)
    Email: stephen@smaililaw.com
SMAILI & ASSOCIATES, PC
2114 North Broadway, Suite 200
Santa Ana, CA 92706
Telephone: (714) 547-4700
Facsimile: (714) 547-4710

Attorneys for Plaintiff
HECTOR RAMOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR RAMOS, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC.; a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No:   5:25-cv-00551-KK-SP<br><br>*[Removed from San Bernardino County Superior Court Case No. CVRS2400900]*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. RULE 41 (a)(1)(A)(ii)**<br><br>Complaint Filed:  September 13, 2024<br>Trial Date:          March 30, 2026 |

## ORDER

The parties' Joint Stipulation of Dismissal with Prejudice of Entire Action pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: June 6, 2025    By: _____
HONORABLE KENLY K. KATO
UNITED STATES DISTRICT JUDGE